IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-10033-TPA |
| | : | |
| Michael D. Allen | : | |
| Melynda S. Allen | : | Related to Document No. 21 |
|     Debtors | : | |
| | : | |
| Michael D. Allen | : | |
|     Movant | : | |
| | : | Hearing Date and time:  N/A |
| v. | : | |
| | : | |
| McCandless Ford Meadville Inc. | : | |

CERTIFICATE OF SERVICE OF NOTIFICATION OF DEBTOR'S SOCIAL
SECURITY NUMBER AND ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 5, 2019.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

McCandless Ford Meadville Inc.
Attn: Payroll
433 Baldwin Street
Meadville, PA  16335

EXECUTED ON:  3/5/19

                          By:    /s/ J. Wesley Rowden
                                  J. Wesley Rowden, Esq.
                                  310 Chestnut St., Ste. 225
                                  Meadville, PA 16335
                                  (814) 333-9000
                                  P.A. I.D. #49660
                                  Email: jwrowden@yahoo.com