UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No.  19-10033-TPA |
| Michael D. Allen | : |  |
| Debtor | : | Chapter 13 |

NOTICE OF
CHANGE OF ADDRESS

Undeliverable Address:

      Creditor Name:      Ford Credit

      Reason Undeliverable:  Incomplete Address

Corrected Address:

      Creditor Name:      Ford Motor Credit
                          P.O. Box 790119
                          St. Louis,  MO  63179-0119

By:  /s/ J. Wesley Rowden
J. Wesley Rowden, Esq.
310 Chestnut St., Ste. 225
Meadville, PA 16335
(814) 333-9000
49660 – Pennsylvania
Email: jwrowden@yahoo.com