UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No. 19-10033-TPA |
| Michael D. Allen | : |  |
| Debtor | : | Chapter 13 |

NOTICE OF
CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    M & T Bank

    Incorrect Address:    Incomplete Address

Corrected Address:

    Creditor Name:    M & T Bank
    Lending Services – Customer Support
    P.O. Box 1288
    Buffalo, NY 14240-1288

By: /s/ J. Wesley Rowden
J. Wesley Rowden, Esq.
310 Chestnut St., Ste. 225
Meadville, PA 16335
(814) 333-9000
49660 – Pennsylvania
Email: jwrowden@yahoo.com