UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No. 19-10033-TPA |
| Michael D. Allen and | : |  |
| Melynda S. Allen, | : |  |
| Debtors | : | Chapter 13 |

NOTICE OF
CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    M & T Bank

    Incorrect Address:    Incomplete Address

Corrected Address:

    Creditor Name:    M & T Bank
                               Lending Services – Customer Support
                               P.O. Box 1288
                               Buffalo, NY 14240-1288


                                                By: /s/ J. Wesley Rowden
                                                J. Wesley Rowden, Esq.
                                                310 Chestnut St., Ste. 225
                                                Meadville, PA 16335
                                                (814) 333-9000
                                                49660 – Pennsylvania
                                                Email: jwrowden@yahoo.com