UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

Michael D. Allen and
Melynda S. Allen,
Debtors

:    Bankruptcy No. 19-10033-TPA
:
:
:    Chapter 13

NOTICE OF
CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    Ford Credit

    Incorrect Address:    Incomplete Address

Corrected Address:

    Creditor Name:    Ford Motor Credit
                                  P.O. Box 790119
                                  St. Louis, MO 63179-0119

By: /s/ J. Wesley Rowden
J. Wesley Rowden, Esq.
310 Chestnut St., Ste. 225
Meadville, PA 16335
(814) 333-9000
49660 – Pennsylvania
Email: jwrowden@yahoo.com