UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| Michael D. Allen and | : | Bankruptcy No. 19-10033-TPA |
| Melynda S. Allen, | : | |
| Debtors | : | Chapter 13 |

NOTICE OF
CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    MDJ Pendolino
                                  MDJ 30-2-02  CV 272-2018
                                  Meadville,, PA 16335

    Incorrect Address:    Insufficient Address
                                  Unable to Forward

Corrected Address:

    Creditor Name:    Magisterial District Judge Samuel V. Pendolino
                                  MDJ 30-2-02   - CV 272-2018
                                  894 Diamond Park, Suite 1
                                  Meadville, PA 16335

                                  By: /s/ J. Wesley Rowden
                                  J. Wesley Rowden, Esq.
                                  310 Chestnut St., Ste. 225
                                  Meadville, PA 16335
                                  (814) 333-9000
                                  49660 – Pennsylvania
                                  Email: jwrowden@yahoo.com