UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Michael D. Allen | : | Bankruptcy No. 19-10033-TPA |
| Melynda S. Allen | : | Chapter 13 |
|       Debtor | : | |
| | : | Related to Claim No. 5 |
| Melynda S. Allen | : | |
|       Movant | : | Related to Document No. 36 |
| | : | |
| vs. | : | Hearing Date and Time: |
| | : | April 17, 2019 |
| Cavalry SPV I, LLC as Assignee of | : | |
| Capital One National Association | : | Objections Due by: |
|       Respondent | : | March 29, 2019 |

CERTIFICATE OF NO OBJECTION REGARDING
OBJECTION TO PROOF OF CLAIM NO. 5

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Proof of Claim No. 5 filed and served on March 12, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Proof of Claim No. 5 appears thereon. Pursuant to the Notice of Hearing, objections to the Objection to Proof of Claim No. 5 were to be filed and served no later than March 29, 2019.

      It is hereby respectfully requested that the Order attached to the Objection to Proof of Claim No. 5 be entered by the Court.

Dated: 4/2/19

By: /s/ J. Wesley Rowden
J. Wesley Rowden, Esquire
310 Chestnut St., Suite 225
Meadville, PA 16335
814-333-9000
No. 49660 - Pennsylvania
Email: jwrowden@yahoo.com