UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Michael D. Allen | : | Bankruptcy No. 19-10033-TPA |
| Melynda S. Allen | : | Chapter 13 |
|     Debtor | : | |
| | : | Related to Claim No. 5 |
| Melynda S. Allen | : | |
|     Movant | : | Related to Document No. 36 |
| | : | |
|     vs. | : | Hearing Date and Time: |
| | : | April 17, 2019 |
| Cavalry SPV I, LLC as Assignee of | : | |
| Capital One National Association | : | Objections Due by: |
|     Respondent | : | March 29, 2019 |

CERTIFICATE OF SERVICE OF ORDER ON OBJECTION TO PROOF OF CLAIM

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 4, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Tracyan Frame, Bankruptcy Specialist
Cavalry Portfolio Services, LLC
500 Summit Lake Drive, Ste. 400
Valhalla, NY  10595

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
600 Grant Street, Suite 3250
Pittsburgh PA 15219

U.S. Trustee
1001 Liberty Ave., Ste 970
Pittsburgh, PA  15222

Method of Service: U.S. First Class Mail    Attorney for Movant(s)
    /s/ J. Wesley Rowden
    J. Wesley Rowden, Esquire
    Attorney I.D. No. 49660
    310 Chestnut St., Suite 225
    Meadville, PA 16335
    814-333-9000
Dated: 4/4/19    Email: jwrowden@yahoo.com