FILED
4/3/19 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 19-10033-TPA |
| Michael D. Allen | : | |
| Melynda S. Allen | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Claim No. 5 |
| Melynda S. Allen | : | |
| Movant | : | Related to Document No. 36 |
| | : | |
| vs. | : | |
| | : | |
| Cavalry SPV I, LLC as Assignee of | : | |
| Capital One National Association | : | |
| Respondent | : | |

## ORDER

AND NOW, this  3rd  day of      April      , 2019, upon consideration of the Objection to Proof of Claim No. 5 filed by Cavalry SPV I, LLC, as Assignee of Capital One National Association, the Objection to Claim is sustained and the claim is dismissed.

Thomas P. Agresti
United States Bankruptcy Judge

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael D. Allen
Melynda S. Allen
     Debtors

Case No. 19-10033-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: aala     Page 1 of 1     Date Rcvd: Apr 03, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.
db/jdb         +Michael D. Allen,   Melynda S. Allen,   14618 North Main St. Ext.,   Meadville, PA 16335-9470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         John Wesley Rowden    on behalf of Joint Debtor Melynda S. Allen jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com
         John Wesley Rowden    on behalf of Debtor Michael D. Allen jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                               TOTAL: 5