IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | |
|---|---|
| Michael D. Allen and<br>Melynda S. Allen<br>    Debtors | Case No. 19-10033-TPA<br>Chapter 13 |
| Michael D. Allen and<br>Melynda S. Allen<br>            Movants<br>v.<br><br>Ronda J. Winnecour, Esq., Trustee<br>            Respondent | Related to Doc No: 47 |

### CERTIFICATE OF SERVICE OF MOTION TO DISMISS CASE AND TERMINATE WAGE ATTACHMENT ORDER

I certify under penalty of perjury that I served the above captioned pleading on the parties on the attached list on October 9th 2019.

The type of service was first class mail.

Attorney for the Movants

/s/ J. Wesley Rowden
J. Wesley Rowden, Esq
Attorney I.D. No. 49660
310 Chestnut St, Suite 225
Meadville, PA 16335
814-333-9000
Email: jwrowden@yahoo.com

Dated: 10/9/2019

```
Label Matrix for local noticing          ACL                                      Melynda S. Allen
0315-1                                   PO 7302                                  14618 North Main St. Ext.
Case 19-10033-TPA                        Hollister, MO 65673-7302                 Meadville, PA 16335-9470
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Wed Oct  9 11:16:46 EDT 2019

Michael D. Allen                         American Medical Collection Agency       Capital One
14618 North Main St. Ext.                4 Westchester Plaza, Suite 110           Attn: Bankruptcy
Meadville, PA 16335-9470                 Elmsford, NY 10523-1615                  Po Box 30285
                                                                                  Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.             Cavalry SPV I, LLC                       Citibank/Sears
by American InfoSource as agent          500 Summit Lake Drive, Ste 400           Centralized Bankruptcy
PO Box 71083                             Valhalla, NY 10595-2321                  Po Box 790034
Charlotte, NC  28272-1083                                                         St Louis, MO 63179-0034


Citibank/The Home Depot                  Citicards                                Comenitycapital/biglot
Attn: Recovery/Centralized Bankruptcy    Citicorp Credit Services/Attn: Centraliz Attn: Bankruptcy Dept
Po Box 790034                            Po Box 790040                            Po Box 182125
St Louis, MO 63179-0034                  Saint Louis, MO 63179-0040               Columbus, OH 43218-2125


Ford Credit                              Ford Motor Credit                        (p)FORD MOTOR CREDIT COMPANY
c/o Ford Motor Credit                    PO Box 790119                            P O BOX 62180
P.O. Box 790119                          Saint Louis, MO 63179-0119               COLORADO SPRINGS CO 80962-2180
St. Louis, MO 63179-0119


Global Credit Collection                 LVNV Funding, LLC                        (p)M&T BANK
PO Box 129                               Resurgent Capital Services               LEGAL DOCUMENT PROCESSING
Linden, MI 48451-0129                    PO Box 10587                             626 COMMERCE DRIVE
                                         Greenville, SC 29603-0587                AMHERST NY 14228-2307


Magisterial District Judge Samuel V. Pendoli  Managment Services Incorporated    Meadville Diagnostic Medical Img, Inc
MDJ 30-2-02 - CV 272-2018                PO Box 1099                              PO Box 1420
894 Diamond Park, Suite 1                Langhorne, PA 19047-6099                 Clearfield, PA 16830-5420
Meadville, PA 16335-2603


Michael Ratchford                        NCB Management Services, Inc.            Office of the United States Trustee
Ratchford Law Group, PC                  One Allied Drive                         Liberty Center.
54 Glenmaura National Blvd, Suite 104    Trevose, PA 19053-6945                   1001 Liberty Avenue, Suite 970
Moosic, PA 18507-2101                                                             Pittsburgh, PA 15222-3721


Pennsylvania Dept. of Revenue            Quantum3 Group LLC as agent for          John Wesley Rowden
Department 280946                        Comenity Capital Bank                    Rowden Law Office
P.O. Box 280946                          PO Box 788                               310 Chestnut Street, Ste. 225
ATTN: BANKRUPTCY DIVISION                Kirkland, WA  98083-0788                 Meadville, PA 16335-3295
Harrisburg, PA 17128-0946


Santander Consumer USA                   (p)TRAVAGLINI ENTERPRISES INC            James Warmbrodt
Attn: Bankruptcy                         211 CHESTNUT ST                          KML Law Group, P.C.
Po Box 961245                            MEADVILLE PA 16335-3408                  701 Market Street
Fort Worth, TX 76161-0244                                                         Suite 5000
                                                                                  Philadelphia, PA 19106-1541
```

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962-4400

M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

(d)M&T BANK
Lending Services-Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

(d)M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

Travaglini Enterprises
231 Chestnut St
Suite 609
Meadville, PA 16335

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30