FILED
10/18/19 4:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | |
|---|---|
| Michael D. Allen and<br>Melynda S. Allen<br>    Debtors | Case No. 19-10033-TPA<br>Chapter 13 |
| Michael D. Allen and<br>Melynda S. Allen<br>            Movants<br>v.<br><br>Ronda J. Winnecour, Esq., Trustee<br>            Respondent | Doc No:   50 |

ORDER

And Now, this  18th  day of October, 2019, after review of the Debtors' Motion to Terminate Wage Attachments it is Ordered as follows:

1. Funds held on hand by the Trustee shall be distributed to secured creditors.

2. The wage attachment of Michael Allen at McCandless Ford of Meadville Inc. and Melynda Allen at Meadville Medical Center are immediately terminated.

3. Debtors' Attorney shall immediately serve a copy of this Order on the debtors' employers.

BY ORDER OF THE COURT

Thomas P. Agresti
Bankruptcy Judge

ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael D. Allen  
Melynda S. Allen  
       Debtors

Case No. 19-10033-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: aala      Page 1 of 1      Date Rcvd: Oct 18, 2019  
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.  
db/jdb        +Michael D. Allen,    Melynda S. Allen,    14618 North Main St. Ext.,    Meadville, PA 16335-9470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2019 at the address(es) listed below:

       James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
       John Wesley Rowden    on behalf of Joint Debtor Melynda S. Allen jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com  
       John Wesley Rowden    on behalf of Debtor Michael D. Allen jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                                                                                TOTAL: 5