UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-10759-TPA |
| Michael D. Allen | : | |
| Melynda S. Allen | : | |
| DEBTOR(S) | : | Chapter 11 |
| | : | |
| Michael D. Allen | : | |
| Melynda S. Allen | : | Related to Document No. 51 |
| Movant(s) | : | |
| | : | Hearing Date and Time: |
| NO RESPONDENT | : | November 20, 2019 at 9:30 a.m. |
| | : | |
| Respondent(s) | : | Objection due by:  November 4, 2019 |

CERTIFICATE OF NO OBJECTION REGARDING
MOTION TO WITHDRAW CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Withdraw Case  filed and served on October 17, 2019  has been received.  The response deadline was November 4, 2019.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Withdraw appears thereon.  Pursuant to the Order Scheduling Date for Response and Scheduling Hearing , objections to the Motion were to be filed and served no later than November 4, 2019

It is hereby respectfully requested that the Order attached to the Motion to Withdraw Case  be entered by the Court and the hearing canceled.

Dated:  November 6, 2019

By: /s/ J. Wesley Rowden
J. Wesley Rowden, Esquire
310 Chestnut St., Suite 225
Meadville, PA 16335
814-333-9000
No. 49660 – Pennsylvania
Email: jwrowden@yahoo.com