UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-10033-TPA |
| Michael D. Allen | : | |
| Melynda S. Allen | : | Chapter 13 |
| Debtors | : | |

NOTICE OF CHANGE OF ADDRESS
OF JOINT DEBTOR(S)

Joint Debtor(s) Name(s):   Melynda S. Allen

Incorrect Address:   14618 North Main St. Ext.
Meadville, PA  16335

Corrected Address:

Joint Debtor(s) Name(s):   Melynda S. Allen

Correct Address:   594 North Street, Apt. 2D
Meadville, PA  16335

Date:  11/11/19

By:  /s/ J. Wesley Rowden
J. Wesley Rowden, Esq.
310 Chestnut St., Ste. 225
Meadville, PA 16335
(814) 333-9000
49660 – Pennsylvania
Email: jwrowden@yahoo.com