**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL D. ALLEN
MELYNDA S. ALLEN
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.:19-10033 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 01/16/2019 and confirmed on 03/01/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,850.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,850.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,150.00 | |
|   Trustee Fee | 732.15 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,882.15 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 10,456.18 | 0.00 | 10,456.18 |
|     Acct: 4984 | | | | |
|   M & T BANK | 1,177.96 | 792.47 | 0.00 | 792.47 |
|     Acct: 4984 | | | | |
| | | | | 11,248.65 |
| **Priority** | | | | |
|   J WESLEY ROWDEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL D. ALLEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROWDEN LAW OFFICE | 2,150.00 | 2,150.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 13,001.10 | 3,719.20 | 0.00 | 3,719.20 |
|     Acct: 8281 | | | | |
| | | | | 3,719.20 |
| **Unsecured** | | | | |
|   ACL | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-10033 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type    Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: 8683 | | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,550.51 | 0.00 | 0.00 | 0.00 |
| Acct: 5425 | | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,057.41 | 0.00 | 0.00 | 0.00 |
| Acct: 8439 | | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0444 | | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0055 | | | | | |
| | LVNV FUNDING LLC | 5,590.35 | 0.00 | 0.00 | 0.00 |
| Acct: 4225 | | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMENIT | 950.14 | 0.00 | 0.00 | 0.00 |
| Acct: 9655 | | | | | |
| | MEADVILLE DIAGNOSTIC IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | NCB MANAGEMENT SERVICES INC* | 4,202.46 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | | |
| | TRAVAGLINI ENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | ABRAHAMSEN RATCHFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | AMERICAN MEDICAL COLLECTION AGENC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | GLOBAL CREDIT & COLLECTION CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | NCB MANAGEMENT SERVICES INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7421 | | | | | |
| | DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                              14,967.85

TOTAL CLAIMED
PRIORITY         13,001.10
SECURED           1,177.96
UNSECURED        17,350.87

Date: 12/09/2019                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com